UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES BROWN, an individual<br><br>Plaintiff,<br><br>vs.<br><br>SOUTHERN CALIFORNIA IBEW-NECA TRUST FUNDS, an unincorporated association,<br><br>Defendant. | CASE NO. CV 06-06740 MMM (JCx)<br><br>JUDGMENT FOR PLAINTIFF JAMES BROWN |

On October 23, 2006, plaintiff James Brown commenced this action under the Employee Retirement Income Security Act of 1974 ("ERISA") against defendant Board of Trustees of the Southern California IBEW-NECA Pension Plan ("Board") to recover early retirement benefits that had been withheld from him and to reinstate his right to future early retirement benefits. On January 11, 2008, after considering both parties' briefs and the administrative record, the court concluded that the Board had wrongfully suspended Brown's benefits, and entered findings of fact and conclusions of law in Brown's favor. On February 26, 2008, the court issued an order awarding Brown withheld early retirement benefits, prejudgment interest, attorney's fees, reimbursable out-of-pocket expenses, and costs. The court also directed defendant to reinstate Brown's monthly early retirement benefits effective February 1, 2008. Based on this order,

IT IS ORDERED AND ADJUDGED

1. That plaintiff James Brown recover from defendant Board of Trustees of the Southern California IBEW-NECA Pension Plan:

    a. The principal sum of $62,167.20 in early retirement benefits withheld through January 2008, together with prejudgment interest on this amount at the rate of 2.10% per annum;

    b. Attorney's fees of $40,157;

    c. Reimbursable expenses of $1,300.50; and

    d. Taxable costs of $496; and

2. Defendant is directed to reinstate plaintiff's monthly early retirement benefits effective February 1, 2008.

DATED: February 26, 2008

*Margaret M. Morrow*
MARGARET M. MORROW
UNITED STATES DISTRICT JUDGE